IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case Number BK07-42271 |
| GARY AND JOYCE BURIVAL, | ) | |
| | ) | CHAPTER 11 |
| | ) | |
| Debtors. | ) | |

### OBJECTION TO NORTH CENTRAL AUTOMATION INC.'S AMENDED MOTION TO ASSUME OR REJECT EXECUTORY CONTRACT

The Committee of Unsecured Creditors hereby objects to the Motion to Assume or Reject Executory Contract filed by North Central Automation Inc. ("Motion") (Fil. #48) for the following reasons:

1. The Debtors have not determined which unexpired Leases they will reaffirm and the time for making such decision has not expired nor has a Court Order been entered at this time shortening that time frame.

2. Whether the grain handling equipment referred to in the Motion is necessary or in the best interests of the Debtors and Unsecured Creditors has not yet been determined and will depend upon, to a large extent which unexpired leases are reaffirmed and therefore the need for the grain handling equipment.

WHEREFORE, the Committee of Unsecured Creditors hereby requests to Court deny the Motion to Assume or Reject Executory Contract as requested as premature but that the Court set a date by which the Debtors must elect to reaffirm or reject unexpired leases and executory contracts and that the denial of the pending Motion be without prejudice.

DATED this 11th day of February, 2008.

        COMMITTEE OF UNSECURED CREDITORS,

By:   PERRY, GUTHERY, HAASE
        & GESSFORD, P.C., L.L.O,

By:   /s/ John M. Guthery
        John M. Guthery #11638
        R. J. Shortridge #20784
        233 South 13th Street, Suite 1400
        Lincoln, Nebraska 68508
        Telephone: (402) 476-9200
        Facsimile: (402) 476-0094

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 11, 2008, I caused the foregoing to be electronically filed with the Clerk of the United States Bankruptcy Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to the following:

Arend Baack, abaack@gilawfirm.com, *Counsel for Agricultural Services, Inc.*

William L. Needler, williamlneedler@aol.com, *Counsel for Debtors*

Donald G. Furlow, dfurlow@furlowlaw.com, *Counsel for CNH Capital America LLC*

Commodity Credit Corporation – USDA (CCC), larry.moormeier@ne.usda.gov

Trev Peterson, tpeterson@knudsenlaw.com, *Counsel for Donald and Linda Conway*

Sheryl L. Lohaus, slohaus@grosswelch.com, *Counsel for Diversified Financial Services, LLC*

David E. Copple, decopple@greatadvocates.com, *Counsel for Estate of Eva I. Donohoe*

James R. Nisley, nisleylaw@alltel.net, *Counsel for Dennis and Lynda Drayton*

Michael J. Whaley, mwhaley@grosswelch.com, *Counsel for F.P.C. Financial, fsb*

Patricia Fahey, ustpregion13.om.ecf@usdoj.gov, *United States Trustee*

Jerry L. Jensen, Jerry.L.Jensen@usdoj.gove, *Counsel for Patricia Fahey, US Trustee*

Jim R. Titus, jtitus@morristituslaw.com, *Counsel for Farm Credit Services of America, PCA*

Tim W. Thompson, bkdc@inebraska.com, *Counsel for First Dakota National Bank*

David W. Pederson, dwpederson@windstream.net, *Counsel for Bernard Grimes*

Janice Woolley, janwoolley@mgwl.com, *Counsel for Helena Chemical Company*

Michael R. Snyder, michaelsnyder@citilink.net, *Counsel for Loretta Roehrich, Conservator of the Estate of Rosie Pritchett, a Protected Person and Counsel for North Central Automation*

Wayne E. Griffin, wgriffinlaw@hotmail.com, *Counsel for James R. Maly*

Daniel A. Fullner, dfullner@cableone.net, *Counsel for Gladyce M. Matthews*

Victor E. Covalt, III, vcovalt@bsclawfirm.com, *Counsel for Niobrara Valley Electric Membership Corporation*

Richard P. Garden, Jr., rgarden@clinewilliams.com, *Counsel for O'Neill Fertilizer, Inc.*

Joel G. Lonowski, jlonowski@morrowpoppelaw.com, *Counsel for Pinnacle Bank of O'Neill*

Robert Scott Johnson, scott.johnson@koleyjesson.com, *Counsel for William and Nancy Putnam*

Barry D. Geweke, skgclaw@nctc.net, *Counsel for Patricia A. Thompson, Trustee of the Patricia Thompson First Amended and Restated Living Revocable Trust*

I further certify that on February 11, 2008, I mailed a copy of the foregoing by United States mail, postage prepaid, to the following non CM/ECF participants:

Gary M. and Joyce Burival
49250 876th Road
O'Neill, Nebraska 68763

James Widtfeldt
Post Office Box 877
103 East State Street
Atkinson, Nebraska 68713

Recovery Management Systems
Corporation
25 SE 2nd Avenue, Suite 1120
Miami, Florida 33131

/s/ John M. Guthery
John M. Guthery