IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 07-42271 |
| GARY M. BURIVAL and JOYCE BURIVAL, | ) ) | |
| | ) | **NOTICE OF INTENT** |
| DEBTORS. | ) | **TO OFFER EVIDENCE** |
| | ) ) | |

**PATRICIA A. THOMPSON,** Trustee of the Patricia A. Thompson First Amended And Restated Living Revocable Trust, pursuant to Neb.R.Bankr.P. 9013-1(I) and 9017-1, lists the following evidence for the hearing scheduled for March 12, 2008 at 1:30 p.m. (#154 and #155).

(1)  It is requested the Court take judicial notice of the Notice Of Chapter 11 Bankruptcy Case with Certificate Of Service (#9);

(2)  It is requested the Court take judicial notice of Debtors' Schedules Of Assets and Liabilities filed December 31, 2007 (#31);

(3)  It is requested the Court take judicial notice of the Motion To Confirm Lease Is Void (#65);

(4)  It is requested the Court take judicial notice of the Patricia A. Thompson, Trustee, Proof Of Claim (Claim No. 26);

(5)  It is requested the Court take judicial notice of the Motion For Allowance Of Administrative Claim (#70);

(6)  Affidavit of Patricia A. Thompson (#221);

(7)  Affidavit of Howard E. "Tommy" Thompson (#222).

        PATRICIA A. THOMPSON, TRUSTEE OF THE
        PATRICIA A. THOMPSON FIRST AMENDED
        AND RESTATED LIVING REVOCABLE
        TRUST, CREDITOR


     s/ **Barry D. Geweke**
      Barry D. Geweke, #20852
      STOWELL, KRUML, GEWEKE
      & CULLERS, P.C., L.L.O.
      1545 M Street, P.O. Box 40
      Ord, NE 68862
      Telephone:  (308) 728-3246
      Facsimile:   (308) 728-3587


CERTIFICATE OF SERVICE

  I hereby certify that on March 7, 2008, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

| Arend R. Baack<br>EM: abaack@gilawfirm.com | Commodity Credit Corporation – USDA<br>EM: larry.moormeier@ne.usda.gov<br>EM: sue.cromer@ne.usda.gov |
|---|---|
| David E. Copple<br>EM: decopple@greatadvocates.com | Patricia Fahey<br>U.S. Trustees Office<br>EM: patricia.dugan@usdoj.gov |
| Daniel A. Fullner<br>EM: dfullner@cableone.net | Richard P. Garden<br>EM: rgarden@clinewilliams.com |
| John M. Guthery<br>EM: jguthery@perrylawfirm.com | Jerry L. Jensen<br>EM: jerry.l.jensen@usdoj.gov |
| Sheryl L. Lohaus<br>EM: slohaus@grosswelch.com | Joel G. Lonowski<br>EM: jlonowski@morrowpoppelaw.com |
| William L. Needler<br>EM: williamlneedler@aol.com<br>EM: wneedler@qwest.net | James R. Nisley<br>EM: nisleylaw@alltel.net |
| Trev Peterson<br>EM: tpeterson@knudsenlaw.com | R.J. Shortridge<br>EM: rshortridge@perrylawfirm.com |

|  |  |
|---|---|
| Michael R. Snyder<br>EM: michaelsnyder@citlink.net | Tim W. Thompson<br>EM: bkdc@inebraska.com |
| Michael J. Whaley<br>EM: mwhaley@grosswelch.com | Janice Woolley<br>EM: janwoolley@mgwl.com |

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:


                                                  s/Barry D. Geweke
                                                  **Barry D. Geweke, #20852**

BDG:km
M:\Bkrp08\3286.005\Notice Of Intent To Offer Evidence